# United States District Court

SOUTHERN DISTRICT OF FLORIDA

DEC 1 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. Ft. LAUD

UNITED STATES OF AMERICA

V.

GUSTAVO RABAZA

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

**CASE NUMBER:**
**00-6361**

MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest ___GUSTAVO RABAZA___

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Theft of interstate and foreign shipment of freight,

in violation of Title _18_ United States Code, Sections ___371; 659 and 2___

CLARENCE MADDOX                      COURT ADMINISTRATOR\CLERK OF THE COURT
Name of Issuing Officer                  Title of Issuing Officer

_____            12/19/00 Ft. Lauderdale, FL
Signature of Issuing Officer              Date and Location

Bail fixed at $100,000 CSB           by BARRY S. SELTZER, U.S. Magistrate Judge
                                      Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |