UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6361-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

vs.

AQUILINO DIMITRI ALONSO, ET AL.

FILED by _____ D.C.
INTAKE

DEC 2 7 2000

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

---

This cause came before the Court and pursuant to proceedings held, it is thereupon

BASED UPON ORDERED AND ADJUDGED as follows:

~~PURSUANT TO~~ THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

DONE AND ORDERED at Miami, Florida this ___26TH___ day of ___DECEMBER___, 2000.

TAPE NO: 00FX- 154-345

_____
UNITED STATES MAGISTRATE JUDGE
ANDREA M. SIMONTON

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal
formblan.kor