AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
V.
GUSTAVO RABAZA

**WARRANT FOR ARREST**

**CASE NUMBER:**
00-6361-WPD

MAGISTRATE JUDGE
SNOW

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest ___GUSTAVO RABAZA___

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Theft of interstate and foreign shipment of freight,

in violation of Title _18_ United States Code, Sections ___371; 659 and 2___

CLARENCE MADDOX
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at $100,000 CSB  T/ Nevi ia

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

12/19/00 Ft. Lauderdale, Fl.
Date and location

by BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Toledo, Ohio | | |
| DATE RECEIVED 12/19/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 02/07/01 | | Edward Purchase, SDUSM |