United States District Court
Northern District of Ohio
Office of the Clerk
102 U.S. Courthouse
201 Superior Avenue
Cleveland, Ohio 44114-1201

Geri M. Smith
Clerk of Court

(216) 522-4355

February 13, 2001

Clerk, U.S. District Court
Southern District of florida
United states Courthouse
299 East Broward Boulevard
Fort Lauderdale, FL 33301

00-6361-CR-WPD

RE:   USA v Gustavo Rabaza
      Case No.CR 00-6361
      NDOH #3:01M7009

Dear Clerk:

Pursuant to Rule 40 of the Federal Rules of Criminal Proceedure, enclosed herewith is a certified copy of the docket sheet and the Clerk's Certification of the complete file in the above captioned case.

Please acknowledge receipt of the above documents by endorsement on the enclosed copy of this letter.

Very truly yours,

Geri M. Smith, Clerk of Court

By: _____
        Deputy Clerk

Toledo, Ohio

Received by: _____   Date: _____

---

Thomas D. Lambros
Federal Building and U.S. Courthouse, Room 337
125 Market Street
Youngstown, Ohio 44503-1787
(330) 746-1906

114 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, Ohio 43624-1347
(419)259-6412

U.S. Courthouse
Federal Building, Room 568
2 South Main Street
Akron, Ohio 44308-1876
(330)375-5407

```
                                                           TERMED
                       U.S. District Court
                 Northern District of Ohio (Toledo)

           CRIMINAL DOCKET FOR CASE #: 01-M -7009-ALL

USA v. Rabaza                                    Filed: 02/05/01
Dkt# in other court: None

Case Assigned to: Mag. Judge Vernelis K. Armstrong

GUSTAVO RABAZA (1)              Paul L. Geller, Esq.
    defendant                     [term  02/06/01]
  [term  02/06/01]                [COR LD NTC cja]
                                  434 Spitzer Bldg.
                                  520 Madison Avenue
                                  Toledo, OH 43604
                                  419-255-5917

                                Gustavo Rabaza
                                  [term  02/06/01]
                                  unknown


Pending Counts:

   NONE


Terminated Counts:

   NONE



Complaints                       Disposition

18371; 659 and 2:  Conspiracy    Rule 40 Removal to Southern
to possess stolen goods in       District of Florida, Ft.
Interstate Shipment              Lauderdate.
                                 (-1)



U. S. Attorneys:

  Thomas O. Secor, Esq.
  419-241-0727
  [COR LD NTC]
  Office Of The U.S. Attorney
  Four Seagate
  3rd Floor
  Toledo, OH 43624
  419-259-6376

Docket as of February 13, 2001 12:11 pm            Page 1
```

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By _____
Deputy Clerk

Proceedings include all events.                                          TERMED
3:01m 7009-ALL USA v. Rabaza

```
Proceedings include all events.                                    TERMED
3:01m 7009-ALL USA v. Rabaza
```

| Date | # | Entry |
|---|---|---|
| 2/5/01 | 1 | Arrest warrant from Southern District of FL executed on 2/5/01 as to Gustavo Rabaza; Warrt/Indictment attached ( 8 pgs) (ps) [Entry date 02/07/01] |
| 2/5/01 | 2 | MINUTES: before Mag. Judge Vernelis K. Armstrong; Initial apprce of Gustavo Rabaza w/Atty Paul Geller present & appt ; Interpreter: Marta Smieczk, oath administered; Initial re Rule 40 to SDFL, Case #00-6361, Indictment filed 12/19/00; Deft to complete finl afdt; As of this hrg, deft is qualified for court appt'd cnsl; Deft consents to wv Rule 40 Identity Hrg & consents to be removed to SDFL by the USMS, w/waiver executed; Detn Hrg to be held in SDFL; Warrt/Order of Removal to issue; Court reporter: ECRO/Dianne Smith 1 pg (ps) [Entry date 02/07/01] [Edit date 02/13/01] |
| 2/5/01 | 3 | CJA Form 23 (Financial Affidavit) as to Gustavo Rabaza  ( 1 pg) (ps) [Entry date 02/07/01] |
| 2/5/01 | 4 | RULE 40 removal hearing waived by defendant Gustavo Rabaza (1 pg) (ps) [Entry date 02/07/01] |
| 2/5/01 | -- | ARREST of defendant Gustavo Rabaza on 2/5/01  (8 pgs) (ps) [Entry date 02/07/01] |
| 2/6/01 | 5 | ORDER OF REMOVAL by Mag. Judge Vernelis K. Armstrong of deft Gustovo Rabaza to SDFL, Ft Lauderdale by USMS (issued on 2/6/01) 1 pg (ps) [Entry date 02/07/01] |
| 2/6/01 | 6 | RULE 40 Removal warrant issued by Mag. Judge Vernelis K. Armstrong as to defendant Gustavo Rabaza   (1 pg) (ps) [Entry date 02/07/01] |
| 2/13/01 | 7 | Cover ltr w/cert copies of doc sht, finl afdt, Waiver of Rule 40 Hrgs, Order of Removal, Warrant of Removal mailed to: SDFL, U.S. Courthouse, 299 E. Broward Blvd, Fort Lauderdale, FL 33301 (ps) [Entry date 02/13/01] |

# United States District Court

**SOUTHERN** **DISTRICT OF** **FLORIDA**

01 FEB -5 PM 12:18

UNITED STATES OF AMERICA

v.

GUSTAVO RABAZA

**WARRANT FOR ARREST**

**CASE NUMBER:** 00-6361

TO: The United States Marshal
and any Authorized United States Officer

MAGISTRATE JUDGE
SNOW

3:01M 7009

YOU ARE HEREBY COMMANDED to arrest ___GUSTAVO RABAZA___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Theft of interstate and foreign shipment of freight,

in violation of Title _18_ United States Code, Sections ___371; 659 and 2___

CLARENCE MADDOX                          COURT ADMINISTRATOR\CLERK OF THE COURT
Name of Issuing Officer                  Title of Issuing Officer

Signature of Issuing Officer             12/19/00 Ft. Lauderdale, FL
                                         Date and Location

Bail fixed at $100,000 CSB ___ by ___BARRY S. SELTZER, U.S. Magistrate Judge___
                                         Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 12/20/00

DEC 19 2000
CLARENCE MADDOX
S.D. OF FLA. FT. LAUD.

VERNELIS K. ARMSTRONG
UNITED STATES MAGISTRATE JUDGE   DATE: 2/5/01

NAME: Gustavo Rabaza   DOCKET NO. 3:01m7009

ADDRESS: _____   VIOLATION TITLE: 18 SEC 371, 659 + 2

Conspiracy to possess stolen goods in
Interstate commerce
DATE OF ARREST: 2/5/01   PENALTY: up to 5 yrs impr. + up to 250,000 fine
                       up to 10 yrs impr. and /or up to $250,000
AUSA: Thomas O. Secor   COUNSEL: Paul Geller            fine
                                                Supv. Rel.
CHARGE READ:  X    PRESENT X APPT X RET ___   up to 3 yrs;
GOVT MOT FOR DETENTION: ____   DETENTION HRG SET _____   $100 spec. Asses
                                                on ea.
BOND SET AT: _____    RELEASED: _____    convicted ct.

DATE MADE: _____ RELEASED _____ CUSTODY _____

PRELIMINARY/REMOVAL/DETENTION HEARING:

REQUESTED _____ HELD _____ WAIVED _____

CONTINUED TO AND REASON THEREOF _____

EXHIBITS: _____   WITNESSES: _____

PROBABLE CAUSE ESTABLISHED: _____   DISMISSED: _____

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio

BOUND OVER TO GRAND JURY/AUSA _____

WARRANT AND/OR ORDER OF REMOVAL TO ISSUE  X

PROCEED UNDER RULE 20 _____ DISTRICT _____

DETENTION ORDERED _____ ORDER TO ISSUE  By Patricia A. Schuckmann
                                          Deputy Clerk

Initial re Rule 40 out of SDFL, Case #00-6361, indictment
f/D 12/19/00; Deft to complete Finc Afdt; As of this Hrg deft
is qualified for appt. of counsel; Deft consents to wv
Rule 40 Identity and consents to be removed to
SDFL in accompany of the USMS w/waiver
executed; Detention Hrg to be held in SDFL;
warrt/Order of Removal to issue;
Interpreter: Marta Smieczk - Oath Administered

Reporter: ECRO/Dianne Smith   Courtroom Deputy: Patricia A. Schuckmann
11:55 -

cc: pretrial services

2

# FINANCIAL AFFIDAVIT

## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

C.J.A. 23 (Rev. 5/98)

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☒ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA vs Rabaza

FOR: 01 FEB -5 P 12:16 NORTHERN DISTRICT OF OHIO TOLEDO

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Gustavo Rabaza

1. ☐ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS:
- Magistrate
- District Court
- Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: White Eagle Transport
- IF YES, how much do you earn per month? $ 2800-4000 per month
- IF NO, give month and year of last employment. How much did you earn per month? $ ___
- If married is your Spouse employed? ☒ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ Not sure
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ ___ THE SOURCES ___
- RECEIVED ___ SOURCES ___

**CASH**
- Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No IF YES, state total amount $ Bill money

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE $ 250 — Old Car -1986; VAN - 1990

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By _____ Deputy Clerk

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ MARRIED (☐ SINGLE, ☐ WIDOWED, ☐ SEPARATED OR DIVORCED)
- Total No. of Dependents: 4
- List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| Rent | | $ | $ 650 |
| Elec | | $ | $ 200 |
| Normal Bills - Food - Clothing | | $ | $ 2000 |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 2/5/01

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): x _____

HAS 75.00 on him - No money in Bank

3

AO 466 (Rev 9 92) Waiver of Rule 40 Hearings

# United States District Court

____Northern____ DISTRICT OF ____Ohio, Western Div.____

OFFEB -5 PM 12:18

NORTHERN DISTRICT OF OHIO
TOLEDO

UNITED STATES OF AMERICA

V.

Gustavo Rabaza

**WAIVER OF RULE 40 HEARINGS**
**(Excluding Probation Cases)**

CASE NUMBER: 3:01m7009

I, ____Gustavo Rabaza____, understand that in the ____Southern____ District of ____Florida____, charges are pending alleging violation of _18:371; 659 and 2 - Conspiracy to possess stolen goods in Interstate Shipment_ and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been comitted by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(X) identity hearing

( ) preliminary examination

( ) identity hearing and have been informed I have no right to a preliminary examination

( ) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio

By _____
Deputy Clerk

_____
Defendant

_2/5/_
Date

_____
Defense Counsel

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

01 FEB -6 AM 11: 26

NORTHERN DISTRICT OF OHIO
TOLEDO

United States of America,

v.                              3:01M7009

                                ORDER OF REMOVAL

Gustavo Rabaza


On application of the United States Attorney, and it appearing to the Court that the defendant in the above entitled cause has been arrested on a warrant issued by the United States District Court for the Southern District of Florida, for a violation of the criminal laws of the United States, to wit: **Title 18 U.S.C. Sections 371, 659 and 2: Conspiracy to receive and possess stolen goods in excess of $1,000 of an interstate shipment.**

now,

IT IS ORDERED that the defendant be removed to the proper and lawful authority of the said District Court for the **Southern** District of **Florida, Ft. Lauderdale**, by the United States Marshal, and that a warrant of removal issue therefor.

Dated at Toledo, Ohio, this 6th day of February, 2000.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

I hereby certify that this
instrument is a
• correct copy of the original
on file in my office
Attest: _____ Clerk
_____ District of Ohio

5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

ISSUED to USMS 
2/6/01

United States of America,

        Plaintiff

3:01M7009

vs.

Gustavo Rabaza

        Defendant

WARRANT OF REMOVAL

TO: U.S. Marshal

The Grand Jury of the United States for the Southern District of Florida, having indicted the defendant, Gustavo Rabaza, on the charge of conspiracy to receive and possess stolen goods in excess of $1,000 of an interstate shipment in violation of Title 18 U.S.C., Sections 371, 659 and 2, and further the defendant having been arrested in this District and, after hearing, having been committed to your custody pending removal to the Southern District of Florida.

IT IS HEREBY ORDERED that you are commanded to remove Gustavo Rabaza forthwith to the Southern District of Florida, Ft. Lauderdale, and there deliver him to the U.S. Marshal for that District or some other officer authorized to receive him.

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio

IT IS SO ORDERED:

_____
U. S. MAGISTRATE JUDGE

Dated at _____ this 6th day of February, 2001.

RETURN

- Received the within warrant the _____ day of _____, 2001, and executed same the _____ day of _____, 2001.

By _____ Deputy Clerk

BY: _____