-cr-06361-WPD     Document 46     COURT MINUTES     Entered on FLSD Docket 02/21/2001
U.S. MAGISTRATE JUDGE BARRY S. SELTZER — FORT LAUDERDALE
FEB 20 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

| | |
|---|---|
| DEFT: GUSTAVO RABAZA (J)# | CASE NO: 00-6361-CR-Dimitrouleas |
| AUSA: DON CHASE *present* | ATTNY: |
| AGENT: | VIOL: |
| PROCEEDING: INITIAL APPEARANCE | BOND REC: PTD |

Kathleen
CJA - Grilli

BOND HEARING HELD - yes/no     COUNSEL APPOINTED: _____

___ BOND SET @

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

X - advised of charges
X - sworn for Counsel

Reading of indictment waived
Not Guilty plea entered
[illegible] remanded
Standing Discovery Order requested

(Carols one)
Interpreter Request
No interpreter
No Known
Spanish

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | 2-23-01 | 10:30am | BSS |
| PRELIM/ARRAIGN. or REMOVAL: | | | |
| STATUS CONFERENCE: | 3-7-01 | 11:00am | BSS |
| DATE: 2-20-01 | TIME: 11:00am | TAPE #: 01-007/008 | PG # 5 |

3600ish — 862  recalled
01-007 — 290   01-008 — 572-671