

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6361-CR-Dimitrouleas

UNITED STATES OF AMERICA

   vs
Gustavo Rabaza

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on   2-20-01   , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address:  In Custody

                      Telephone:

DEFENSE COUNSEL:      Name:     Kathleen Grilli

                      Address:

                      Telephone:

BOND SET/CONTINUED:   $ PTD Requested

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this   20   day of February   , 20 01 .

CLARENCE MADDOX, CLERK OF THE COURT,

By: /s/ *illegible signature*
Deputy Clerk

Tape No.  01-007/008

cc: Clerk for Judge
   U. S. Attorney
   Defense Counsel
   Pre-Trial Services