U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: GUSTAVO RABAZA (J)#    CASE NO: 00-6361-CR-DIMITROULEAS
AUSA: DON CHASE - pres    ATTNY: KATHLEEN GRILLI - pres
AGENT:    VIOL:
PROCEEDING: PTD HEARING    BOND REC:
BOND HEARING HELD - yes /(no)    COUNSEL APPOINTED:
___ BOND SET @ 100,000 CSB w/ Nebbia
CO-SIGNATURES:
SPECIAL CONDITIONS:

FILED by ___ D.C.
FEB 23 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Gov't reserves right to request PTD should deft seek to post or reduce bond.

(Circle One)
Interpreter Request
No interpreter
(✓) Known
Spanish
(Specify Language)

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:
DATE: 2-23-01    TIME: 10:30am    TAPE # 01-CC9 ____ #2187

end 2321
b/9