FILED BY ___ D.C.
2001 FEB 27 PM 3:31
CLERK U.S. DIST. CT.
S.D. OF FLA-FTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6361-CR-DIMITROULEAS

UNITED STATES OF AMERICA )

v. )

AQUILINO DIMITRI ALONSO, et. al., )

Defendants. )

## NOTICE OF GOVERNMENT'S INTENT TO INTRODUCE FEDERAL RULE OF EVIDENCE 404(B) SIMILAR ACT EVIDENCE

Notice is hereby provided of the government's intention to introduce pursuant to Federal Rule of Evidence 404(b) during the presentation of its case-in-chief, exhibits, testimony and evidence related to the incidents described in the attached police reports involving two convictions for possession of stolen property offenses wherein defendants Aquilino Dimitri Alonso and Gustavo Rabaza were codefendants in state prosecutions.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: for DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court Number A5500077
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33301
Tel. (954) 356-7255
Fax. (954) 356-7336



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 26th day of February 2001 to counsel of record.

DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

# COMPLAINT/ARREST AFFIDAVIT

98-556601 | 322/301X

601593 | P183876

Defendant's Name: RABAZA, GUSTAVO | 07/29/67 | M | W | 6-2 | 210 | Bro

Local Address: 13210 SW 50 St. Mia, Fla

Permanent Address:

Business Address: | Occupation: Repair | Place of Birth: Cuba

Driver's License No.: R120-280-67-269-0 | State: Fla

Arrest Date: 11/18/98 | Arrest Time: 1030 | Arrest Location: 2103 NW 36 St.

Co-Defendants: ALVAREZ, NESTOR | ALONSO, BALLINA | 02/18/66

GONZALEZ, RAUDEL | 02/20/73

SIGNAL: ☐100 ☐150 ☐200 ☐250 ☐300 ☐400

| Charges | | | | Statute | | |
|---|---|---|---|---|---|---|
| 1. Armed Truck Jacking | ✓ | ✓ | | 812.133 | | |
| 2. Armed Kidnapping | ✓ | ✓ | | 787.01 | | |
| 3. Grand Theft (over $20,000) | ✓ | ✓ | | 812.014 | | |
| 4. Resisting Arrest w/o Violence | ✓ | ✓ | | 843.02 | | |

On the 18 day of Nov 1998 at 0845 ☐AM ☐PM at NW 36 St.

committing the following violation of law, functions, (be specific): WHILE INVESTIGATING THE THEFT OF A TRUCK, Det. Seger and Brigham observed the Def. and Co-Def's unloading merchandise. The merchandise and the truck were taken in an armed truck jacking earlier. The Def. and Co-Def's attempted to ... and fled on foot. They were all apprehended ... Def. Rabaza, Alvarez and Alonso were positively identified as participants in the armed truck jacking ...

MDPD RECORDS COPY

FEB-22-2001 THU 02:46 PM TOMCATS FAX NO. 3054713410 P. 03/08

COMPLAINT/ARREST AFFIDAVIT CONTINUATION

98-95601 322130 10577

BARRERA, GUSTAVO 07 29 67

The Victim Positively Identified The Def's at The Scene of The Apprehension and Robbery

*NO ...

COMPLAINT/ARREST AFFIDAVIT

5733G

601533

F9503833B

KABAZA, GUSTAVO

07/29/62 M W 5'10 175 BLK BRN

NONE

UNKNOWN UNKNOWN NON VISIBLE

07/13/96 933 1351 NW 12 ST

RESIDENT

| Charges | Counts | Type | Statute | Case Number |
|---|---|---|---|---|
| STOLEN PROP/DEAL IN | N N 1 | | — | F9503833B |
| Grand Theft 1ST Deg. | N N 1 | | — | " |

DADE

On the 13 day of JULY, 1996 at 930 AM at 1351 NW 12 ST (2-3)

A WAS FOUND GUILTY AND JUDGE Gold ordered A IN CUSTODY BEING SENTENCED To 364 DAYS W/ ...

* NO BOND *

Records Check: No Warrants

MUSCILLO, LT.

Muscillo

MDPD 2111

Sworn to and subscribed before me, the undersigned authority, this 15 day of ... 96

MDPD RECORDS COPY

Monday, February 26, 2001 3:14 PM

p 32

-cr-06361-WPD Document 56 Entered on FLSD Docket 02/28/2001

FEB-22-2001 THU 02:48 PM TOMCATS FAX NO. 3054713410 P. 05/08

COMPLAINT/ARREST AFFIDAVIT

0098233621

1017419

590272-R

601535

F95038330

RABAZA, GUSTAVO

07/29/64 M W C 6-00 200 L-BN HZ

13210 SW 50 STREET NO. FL 33175

SAME/ABOVE

TRUCK DRIVER CUBA

R120200067269 FL

12/12/95 6:10

826 NORTH AT SW 40 ST OVERPASS

CUBA

ALONSO, ALEJANDRO 02/27/63

ALONSO, AQUILINO 01/04/66

GRAND THEFT POSSESSION OVER $100,000.00 DOLLARS 812.014(2)(a)

DEALING IN STOLEN PROPERTY 812.019(2)

DADE

On the 13TH day of DECEMBER 95 at 6:00 P.M.

2735 SW 118TH ST (RESIDENCE)

INFORMATION LED THESE OFFICERS TO THE ABOVE LOCATION AT APPROXIMATELY 10:30 A.M. ON THIS DATE, A SURVEILLANCE WAS ESTABLISHED AT THIS LOCATION. THE SURVEILLANCE PRODUCED OBSERVATIONS OF THE DEFENDANTS ENGAGING IN THE HANDLING OF SUSPECTED STOLEN PROPERTY. OBSERVATIONS WERE CONSISTENT WITH THE PREVIOUS INFORMATION RECEIVED. AT APPROX. 5:00 P.M., A 1985 CHEV VAN (FL 95 TAG NO. SUX01X) WHICH HAD BEEN PARKED IN FRONT OF THE RESIDENCE WAS BACKED — SEE CONT —

HOLD FOR BOND HEARING. DO NOT BOND OUT.

I swear that the above statement is correct and true to the best of my knowledge and belief.

JORGE L BRITO

EVELYN FERNANDEZ

MDPD 2421/4074 (54)

MDPD RECORDS COPY



COMPLAINT/ARREST AFFIDAVIT
CONTINUATION

590292-R
601533
07129162

... THE RESIDENCE'S CAR PORT BY DEF ALEJANDRO ... SUBSEQUENT ALL THE DEFENDANTS BEGAN LOADING ... STOLEN MERCHANDISE INTO SAID VEHICLE. DEF ALEJANDRO ... (DRIVER) AND DEF RABAZA (PASSENGER) LEFT THE RESIDENCE IN THE VEHICLE. IMMEDIATELY AFTER, DEF ... BACKED HIS 1980 OLDS 4DR (FL tag ... STV04S) INTO THE SAME SPOT, DEF AQUILINO ALONSO ASSISTED DEF ... IN LOADING MORE STOLEN PROPERTY INTO HIS VEHICLE.

BOTH VEHICLES WERE FOLLOWED BY UNDERCOVER UNITS AND LATER STOPPED BY KENDALL DISTRICT UNIFORM UNITS AT SR 826 AND 40TH STREET. DURING THE TRAFFIC STOP, VERIFICATION OF THE STOLEN PROPERTY WAS OBTAINED. ALL DEFENDANTS WERE PLACED UNDER ARREST ADVISED OF THEIR CONSTITUTIONAL RIGHTS, TRANSPORT ... M.D.P.D. STATION NO. 5 FOR PROCESSING.

FURTHER INFORMATION OBTAINED AT RESIDENCE.

EVELY FERNANDEZ
JORGE L BRITO
MDPD 4074/2421 54

MDPD RECORD COPY



FEB-22-2001 THU 02:49 PM TOMCATS FAX NO. 3054713410 P. 07/08

COMPLAINT/ARREST AFFIDAVIT CONTINUATION

590282-R

W1535

... large amount of property was recovered after ... consent. Indicated that Defs. Alejandro Alonso, Def. Aquilino Alonso and Def. Rabaza were responsible ... the stolen property to the residence. ... the interview of the owner of the residence, ... Nasari, she stated that the Alonso Brothers (her cousins) ... obtained this property from a "Burdine's trailer".

Defendants Alonsos and Rabaza provided no statements. Defendant Acea stated that he had responded to the residence for the purpose of buying some shoes.

All defendants were processed (photographed) and transported to the county jail.

Note: Forward to A.S.A. K. Gilbert

Evelyn Fernandez

Jorge L. Bautista

MDPD 4404

MDPD RECORD COPY