UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6361-CR-DIMITROULEAS

UNITED STATES OF AMERICA )
)
)
v. )
)
)
AQUILINO DIMITRI ALONSO, et. al., )
)
Defendants. )
_____)

### NOTICE OF GOVERNMENT'S INTENT
### TO INTRODUCE FEDERAL RULE OF EVIDENCE
### 404(B) SIMILAR ACT EVIDENCE

Notice is hereby provided of the government's intention to introduce pursuant to Federal Rule of Evidence 404(b) during the presentation of its case-in-chief, exhibits, testimony and evidence related to the incidents described in the attached police reports involving two convictions for possession of stolen property offenses wherein defendants Aquilino Dimitri Alonso and Gustavo Rabaza were codefendants in state prosecutions.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court Number A5500077
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33301
Tel. (954) 356-7255
Fax. (954) 356-7336



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 5th day of March 2001 to Howard J. Schumacher, Esquire, 1 East Broward Boulevard, Fort Lauderdale, Florida 33301.

DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

# COMPLAINT/ARREST AFFIDAVIT

RABAZA, GUSTAVO — 07/29/67 M/W
13210 SW 50 ST, MIA FLA

R-120-210-67-269-0

11/18/98  1030

CO-DEF: ALVAREZ, ALONSO — 02/04/66
GONZALEZ, Raudel — 07/20/73

Charges:
- Armed Truck Jacking — 812.133
- Armed Kidnapping — 787.01
- Grand Theft (over $20,000) — 812.014
- Resisting Arrest w/o Violence — 843.02

WHILE INVESTIGATING THE THEFT OF A TOW TRUCK DET SEPPI AND RIVERA OBSERVED THE DEF AND CO-DEF'S UNLOADING MERCHANDISE. THE MERCHANDISE AND THE TRUCK WERE THE SAME AS THE ARMED TRUCK TAKEN EARLIER. THE DEF AND CO-DEF'S MADE EYE TO EYE WITH DET SEPPI AND RIVERA AND FLED ON FOOT. THEY WERE ALL APPREHENDED ... DEF RABAZA, ALVAREZ AND ALONSO WERE THE ONES ...

MDPD RECORDS COPY

**COMPLAINT/ARREST AFFIDAVIT CONTINUATION**

| | | 96-9560 | 3-22-96 | |
|---|---|---|---|---|
| Ramba Gustavo | | 07-29-67 | | |

The Victim Positively Identified the Def's at the Scene of the Apprehension and Recovery.

## COMPLAINT/ARREST AFFIDAVIT

*N [illegible]

| | | |
|---|---|---|
| 0009133-R | | 57336 |
| 40125500 | 30 | 601533 | F95038338 |
| KABAZA, GUSTAVO (ap los) | 07/29/62 M W | 510 75 BR |
| [illegible] 1371 N/W 7 ST MIAMI FL 264832 | | |

CUBA
NONE
UNKNOWN   UNKNOWN   NOT VISIBLE
07/12/96   733   1351 NW 12 ST (2-3)   Resident

Charges:
- STOLEN PROP/DEAL IN   N N 1
- GRAND THEFT 1ST DG   N N 1   F95038338

12 JULY 96 30 AM DADE
1351 NW 12 ST (2-3)
Δ WAS FOUND GUILTY AND JUDGE
Gold ordered Δ IN CUSTODY [illegible] BEING
SENTENCED TO 364 DAYS [illegible] W/ [illegible]

* NO BOND *

Records check: NO WARRANTS

MUSCILLO 4           15
Muscillo 8
MPD   211   60

MPD RECORDS COPY



**COMPLAINT/ARREST AFFIDAVIT CONTINUATION**

1417   590292-R
36   601533
071-29162

INTO THE RESIDENCE'S CAR PORT BY DEF. ALEJANDRO ALONSO. SUBSEQUENT ALL THE DEFENDANTS BEGAN LOADING THE STOLEN MERCHANDISE INTO SAID VEHICLE. DEF. REYNALDO ALONSO (DRIVER) AND DEF. RABAZA (PASSENGER) LEFT THE RESIDENCE IN THE VEHICLE. IMMEDIATELY AFTER, DEF. ACEA BACKED HIS 1980 OLDS 4DR (FL TAG NO. STV045) INTO THE SAME SPOT. DEF. AQUILINO ALONSO ASSISTED DEF. ACEA IN LOADING MORE STOLEN PROPERTY INTO HIS VEHICLE.

BOTH VEHICLES WERE FOLLOWED BY UNDERCOVER UNIT'S AND LATER STOPPED BY KENDALL DISTRICT UNIFORM UNITS AT SR 826 AND 40TH STREET. DURING THE TRAFFIC STOP, VERIFICATION OF THE STOLEN PROPERTY WAS OBTAINED. ALL DEFENDANTS WERE PLACED UNDER ARREST, ADVISED OF THEIR CONSTITUTIONAL RIGHTS, TRANSPORT TO M.D.P.D. STATION NO. 5 FOR PROCESSING.

FURTHER INFORMATION OBTAINED AT RESIDENCE

EVELY FERNANDEZ
JORGE L. BARTOL
MDPD 4074/2421 (54)

MDPD RECORD COPY

**COMPLAINT/ARREST AFFIDAVIT CONTINUATION**

590292-R

W1535

A large amount of property was recovered after _____ consent. Indicated that Defs. ALEJANDRO ALONSO, ESIQUILINO ALONSO and DE RABAZA were responsible for the stolen property to the residence. Per the statement of the owner of the residence, Ms. NASMI, she stated that the Alonso Brothers (her cousin) had obtained this property from a "Buadine's trailer".

Defendants ALONSOs and RABAZA provided no statements. Defendant ACEA stated that he had responded to the residence for the purpose of buying some shoes.

All defendants were processed (photographed) and transported to the County Jail.

NOTE: FORWARD TO A.S.A. K. GILBERT

date 3-2

EVELYN FERNANDEZ
Jose I. Brito
MDPD 4604245 54

MDPD RECORD COPY