```
                HONORABLE MAGISTRATE JUDGE LURANA S. SNOW
                              STATUS CONFERENCE
```

FILED by __ D.C.
MAR - 9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

(USM do not bring defendants for status hearing)

DEFT __GARY TODD LEFTON_____ CASE NO: __00-6345-CR-DIMITROULEAS__
AUSA __KATHLEEN RICE__ /Bardfeld/ ATTY __KATHLEEN GRILLI__ - pm

disc rec'd - no pending motions          01-CT
M/continue to be filed                    # 249

DEFT __MICHAEL SHIN-LOY_____ CASE NO: __01-6019-CR-DIMITROULEAS__
AUSA __JEFF RAY__ /Bardfeld/ ATTY __TOM AUSTIN__ /Murry Helper/

disc rec'd - Trial set 3/26
M/ to cont will be requested @ Cal call. @ 2:30Y
3-16 made

DEFT __GUSTAVO RABAZA_____ CASE NO: __01-6361-CR-DIMITROULEAS__ ✓
AUSA __DON CHASE__ /Bardfeld/ ATTY __KATHLEEN GRILLI__ - pm

disc rec'd - more coming
M/ to continue to be filed           @ 2425

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DATE __3/7/01_____ TIME __11:00_____

