UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6361-CR-DIMITROULEAS

UNITED STATES OF AMERICA,          :

       Plaintiff,          :

v.                                 :

GUSTAVO RABAZA,                    :

       Defendant.          :
_____

## STATUS REPORT

A status conference was held in this cause on March 7, 2001. At that conference, the parties informed the Court as follows:

1. Discovery has been provided.

2. Defense counsel will be requesting a continuance of the trial and an extension of time within which to file pretrial motions.

DATED at Fort Lauderdale, Florida, this _8th_ day of March, 2001.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Don Chase (FTL)
Kathleen Cooper-Grilli, Esq.

