UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA         CASE NO. 00-6361-CR-DIMITROULEAS

v.

GUSTAVO RABAZA
_____/

### DEFENDANT'S MOTION TO CONTINUE TRIAL

Defendant, Gustavo Rabaza, through his undersigned counsel, moves for a continuance of the trial presently set on the Court's March 26, 2001 calendar on the following grounds:

1. This matter is presently set for trial on the court's March 26, 2001 trial calendar. Defendant was arraigned on February 20, 2001.

2. Counsel for the Defendant is scheduled to commence a four week trial on March 19, 2001 before the Honorable Kenneth L. Ryskamp, in *United States v. Thomas Bauer*, Case No. 99-6195-CR-Ryskamp.

3. As a result of the aforementioned, counsel has not had sufficient time to prepare the instant case for trial and will be unavailable during the trial period. For that reason, counsel seeks a continuance of the trial.

4. Counsel has discussed this proposed continuance with the government prior to the filing of this motion and the government has voiced no objection to the requested continuance.

WHEREFORE, Defendant, Gustavo Rabaza, respectfully requests this court to



CASE NO. 00-6361-CR-DIMITROULEAS

enter an order continuing the trial for this cause for a period of no less than sixty days.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ____ day of March, 2001 to Donald Chase, Assistant United States Attorney, 500 East Broward Blvd., Suite 700, Fort Lauderdale, FL 33394.

GRILLI & CORVATO, P.A.
Attorney for Defendant
2455 Hollywood Boulevard
Hollywood, FL 33020
Tel: (954) 453-1177
Fax: (954) 453-1179

Kathleen Cooper Grilli
Florida Bar No. 727199

2