UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. 00-6361-CR-DIMITROULEAS

v.

GUSTAVO RABAZA

## ORDER GRANTING DEFENDANT'S MOTION
## FOR ENLARGEMENT OF TIME TO FILE PRETRIAL MOTIONS

THIS CAUSE having come before the court on Defendant's unopposed motion for enlargement of time to file pretrial motions, and the court having reviewed the file and being otherwise advised as to its premises, it is hereby

ORDERED that Defendant's unopposed motion for enlargement of time to file pretrial motions is granted. Defendant shall have through and including April 19, 2001, in which to serve any pretrial motions.

DONE AND ORDERED in chambers in Fort Lauderdale, Florida on this 19 day of March, 2001.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:   Kathleen Rice, AUSA
      Kathleen Cooper Grilli, Esq.

