UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

GUSTAVO RABAZA,

Defendant.

_____/

CASE NO. 00-6361-CR-DIMITROULEAS

MAR 1 9 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER DENYING WITHOUT PREJUDICE
### MOTION FOR CONTINUANCE OF TRIAL DATE

THIS CAUSE having come before this Court on Defendant's March 16, 2001 Motion To Continue Trial, and the Court noting that no proposed order, as required by Local Rule 7.1A2 was provided, it is

ORDERED AND ADJUDGED that the Defendant's motion is hereby DENIED without prejudice to renew at the Calendar Call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 19 day of March, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Kathleen Cooper-Grilli
2455 Hollywood Boulevard
Hollywood, FL 33020

Don Chase, AUSA
Kathleen Rice, AUSA