## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS

FILED by _____ D.C.
MAR 23 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6361-CR-WPD    DATE: March 23, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: Spanish

UNITED STATES OF AMERICA    VS. Gustavo Kabaza

U.S. ATTORNEY: Don Chase    DEFT. COUNSEL: Kathleen Shilli

REASON FOR HEARING: Calendar call / status conf.

RESULT OF HEARING: Deft's motion to continue is granted. Court resets the case and finds the time from today until trial deemed excludable.

CASE CONTINUED TO: 4/27/01    TIME: 9:00    FOR: Cal Call
MISC: 4/30    2 week trial period