cr-06361-WPD    Document 77    Entered on FLSD Docket 03/27/2001

FILED by _____ D.C.

MAR 2 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT
S.D. OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
Plaintiff,

CASE NO. 00-6361-CR-DIMITROULEAS

vs.

**ORDER GRANTING CONTINUANCE**

GUSTAVO RABAZA
Defendant.
_____/

This matter having come before the Court on March 23, 2001 on Defendant's Motion to

Continue. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial

calendar commencing April 30, 2001 at 9:00 A.M. o'clock, or as soon thereafter as the case may

be called. **Counsel and Defendant shall report to a Calendar Call** to be held on

**April 27, 2001, at 9:00** A.M. o'clock.. It being further

ORDERED that the period from the date of this order to the time of trial shall be deemed

excludable in computing the time within which the trial of this case must commence pursuant to

Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by

continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED this ___ day of March, 2001.

WILLIAM P. DIMITROULEAS
United States District Court Judge
Southern District of Florida

cc:   Donald Chase AUSA
      Kathleen Grilli, Esq.