**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED DKC D.C.
APR 26 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-636d-CR        DATE: 04-26-01
COURTROOM CLERK: Deborah Christian   COURT REPORTER: Bob Ryckoff
PROBATION: _____   INTERPRETER: Anita Gomez-Malana
UNITED STATES OF AMERICA   vs.   Gustavo Rabaza
U.S. ATTORNEY: Donald Chase   DEFT. COUNSEL: Kathleen Grilli, Esq.

REASON FOR HEARING: PLEA

RESULT OF HEARING: Deft present with Atty Kathleen Grilli. Deft Sworn. Deft pled guilty as to Count 3 of the indictment.

JUDGMENT: _____

CASE CONTINUED TO: 07-9-01   TIME: 11:00 AM   FOR: Sentencing
MISC: _____