## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. 00-6361-CR-DIMITROULEAS

v.

GUSTAVO RABAZA

_____/

### DEFENDANT'S OBJECTIONS TO PSI



Defendant, Gustavo Rabaza, through his undersigned counsel, respectfully

submits the following objections to the Pre-sentence Investigation Report ("PSI")

prepared by the United States Probation Office in the captioned matter and states as

follows:

### FACTUAL INACCURACIES IN THE PSI

The following items are factual inaccuracies in the PSI which do not affect the

guidelines calculations contained therein.

1.    Page 2 incorrectly states that the Defendant was held in pretrial detention.

Defendant had a stipulated corporate surety bond.

2.    Paragraph 32 references an arrest for domestic battery and contains a

factual recitation of events gleaned from the police reports. The case was dismissed.

Defendant would like this paragraph amended to note that the purported victim

recanted her story and admitted that the Defendant had never laid a hand on her

resulting in the dismissal of the charges.

3.    Paragraph 37 lists Luis Alberto Garcia as a paternal half sibling - it should

read maternal.

CASE NO. 00-6361-CR-DIMITROULEAS

4.    Paragraphs 39 and 40 reference the financial support provided by the Defendant to his children in Cuba. These paragraphs should also note that in addition to money, the Defendant provides clothing to the children as needed.

OBJECTIONS THAT AFFECT THE GUIDELINE CALCULATIONS

5.    Defendant objects to the two level enhancement for more than minimal planning contained in Paragraph 18.

6.    Defendant objects to the total offense level calculation in Paragraph 24 and guideline calculation contained in Paragraph 65.

7.    Defendant objects to the conclusion in Paragraph 74 that there are no factors warranting a downward departure. Defendant respectfully submits that his infant son's health and needed care provides a basis for a downward departure.

I HEREBY CERTIFY that a true and correct copy of the foregoing was faxed and mailed to Donald Chase Assistant United States Attorney, 500 East Broward Blvd., Suite 700, Fort Lauderdale, FL 33394 and Bridget A. Dinvaut, United States Probation Officer, 300 NE 1st Avenue, Suite 315, Miami, Fl 33132-2126 on this $\underline{2l}^{st}$ day of June, 2001.

> GRILLI & CORVATO, P.A.
> Attorneys for Defendant
> 2455 Hollywood Boulevard
> Hollywood, Florida 33020
> Tel: (954) 453-1177
> Fax: (954) 453-1179
>
> KATHLEEN COOPER GRILLI
> Florida Bar No. 727199

2