## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



FILED JUL 9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6361-CR-WPD   DATE: July 9, 2001

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: Cesare   INTERPRETER: Spanish

UNITED STATES OF AMERICA   VS. Gustavo Cabeza

U.S. ATTORNEY: Don Chase   DEFT. COUNSEL: Kathleen Shull

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed.
Dft's m/downward departure is Denied.
1 year & 1 day BOP, 3 years Supervised
Release, no Fine, $100 Assessment,
$56,265 Restitution.

Court recommends designation to Southern
District of Florida.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____
MISC: Dft Informed of Right to Appeal
93/99