USDC FLSD 245B (Rev. 9/00) Sheet 2 - Imprisonment

Judgment-Page 2 of 8

DEFENDANT: **RABAZA, GUSTAVO**
CASE NUMBER: **00-6361-CR-WPD**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 1 Year and 1 Day.

[X] **The Court makes the following recommendations to the Bureau of Prisons:** designation to a facility in the Southern District of Florida.

[X] **The defendant is remanded to the custody of the United States Marshal.**

[ ] The defendant shall surrender to the United States Marshal for this district.

    [ ] At      A.m. / p.m. on

    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:.

    [ ] Before 2:00 p.m. on

    [ ] as notified by the United States Marshal.

    [ ] As notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows: Rec'd Rabaza #42844-060 from FDC Tallahassee, FL.

Defendant delivered on 9/17/01 To FCI Miami, FL

at Miami, FL , with a certified copy of this judgment.

J. Clark, Warden
~~UNITED STATES MARSHAL~~

By J. Baez
~~Deputy U.S. Marshal~~

101

*I personally executed this S/C
on RABAZA #47844-004 on
07/19/01 - from MDC Miami to
FDC Tall+h, Fl.
                    [signature]
        BOP BUS U.*