PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 67159

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6361-CR-WPD

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: GUSTAVO RABAZA

Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas, U.S. District Court Judge  
Ft. Lauderdale, FL

Date of Original Sentence: July 9, 2001

Original Offense: Receiving and Possessing Stolen Goods Valued in Excess of $1,000 Which Were Part of an Interstate Shipment of Freight, in Violation of Title 18, U.S.C. §659, a Class C felony.

Original Sentence: One (1) year and one (1) day Bureau of Prisons custody; three (3) years Term of Supervised Release. Special Conditions: restitution in the amount of $56,265.00 (joint & several), assessment fee in the amount of $100.00. Special condition: (1) the defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the United States Probation Officer, (2) the defendant shall obtain prior approval from the United States Probation Officer before entering into any self-employment.

Type of Supervision: Supervised Release        Date Supervision Commenced: December 20, 2001

## PETITIONING THE COURT

[ ]  To extend the term of supervision for __ years, for a total term of __ years.  
[X]  To modify the conditions of supervision as follows:

**The defendant shall pay restitution at the rate of $150.00 per month until such time as the court may alter that payment schedule in the interests of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the court any material change in the defendant's ability to pay.**



PROB 12B                                                                 SD/FL PACTS No. 67159
(SD/FL 9/96)

# CAUSE

On May 10, 2002 Mr. Rabaza was released from the custody of the Immigration and Naturalization Service (INS) and subsequently commenced his term of supervised release. At the beginning of Mr. Rabaza's supervision he experienced difficulty securing a well paying job, therefore he was scheduled by this officer to pay $50.00 per month in restitution. However, during the month of July, 2002, Mr. Rabaza secured employment at BFI Waste Management Company earning $12.00 per hour. Furthermore, this officer has recently conducted a financial investigation of Mr. Rabaza's household finances to determine the amount the defendant can afford to pay monthly on his restitution balance. Based on the defendant's income and monthly expenses, it has been determined that Mr. Rabaza has the financial ability to pay restitution at a rate of $150.00 per month.

On January 21, 2003, Mr. Rabaza voluntarily waived his statutory right to a hearing and to assistance of counsel by signing Probation Form 49, agreeing to pay restitution at the rate of $150.00 per month until such time as the court may alter that payment schedule in the interests of justice.

It is respectfully recommended that Your Honor modify the conditions of supervision as noted above. Mr. Rabaza's defense attorney at the time of sentencing was Ms. Kathleen Cooper Grilli - 2455 Hollywood Blvd., Hollywood, Florida 33020, [954/453-1177]. The Assistant United States Attorney assigned to this case at sentencing was Mr. Donald F. Chase, II - 500 East Broward Blvd., 7th Floor, Ft. Lauderdale, FL 33301, [954/356-7255].

Respectfully submitted,

by *[signature]*

Nelson Omar Valenzuela
U.S. Probation Officer
Phone: (305) 512-1813
Date: January 21, 2003

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Submit a Request for _ Warrant or _ Summons

*[signature]*
Signature of Judicial Officer

January 23, 2003
Date